UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CV 12-01778-MMM(MANx) | Date May 3, 2012 |

Title   Matthew Robinson v. City of Los Angeles et al

Present: The Honorable   MARGARET M. MORROW

| ANEL HUERTA | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:**   [In Chambers] Order Remanding Case to State Court

Pursuant to the parties' stipulation filed on April 19, 2012, the court hereby REMANDS this case back to the Los Angeles County Superior Court, state case no. BC477497.

IT IS SO ORDERED.